UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Nicole Dungey,**

          **Plaintiff,**          CASE NUMBER: 12-10008
                                       HONORABLE VICTORIA A. ROBERTS
v.                                         MAG. JUDGE WHALEN

**Commissioner of Social Security,**

          **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 4, 2013, Magistrate Judge Whalen issued a Report and Recommendation [Doc.12], recommending that Defendant's Motion for Summary Judgment [Doc. 11] be granted and Plaintiff's Motion for Summary Judgment [Doc. 8] be denied. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation.

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.

      **IT IS ORDERED**.

                                          S/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: January 31, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 31, 2013.

S/Linda Vertriest
Deputy Clerk